**STANDARD IRON WORKS et al., Appellants, v. Geo. E. STOOKEY and Wilbur Trescott, Trustee of Construction Service Co., Bankrupt, Appellees.**

No. 4382.

Circuit Court of Appeals, Third Circuit.

Dec. 4, 1930.

Walter L. Hill and Leo G. Knoll, both of Scranton, Pa., for appellants.

Clarence Balentine, of Scranton, Pa., and Joseph E. Fleitz, of Wilkes-Barre, Pa., for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges, and THOMPSON, District Judge.

BUFFINGTON, Circuit Judge.

In this case the trustee in bankruptcy, after notice to creditors and hearing by the referee and in pursuance of his order, sold to Stookey, the appellee, the interest of the bankrupt in a building contract. Thereafter Stookey paid the purchase money to the trustee, who still retains it. Eight months later the appellants, creditors of the bankrupt, petitioned the referee to set the sale aside on the ground of alleged fraud and concealment on the part of Stookey. On hearing, the referee refused their petition. The court below sustained the action of the referee. A study of the proofs in the case satisfies us that no error was committed by the court in so doing.

Accordingly, the order entered below is affirmed.

**Ex parte STATE of OKLAHOMA.**

No. 376.

Circuit Court of Appeals, Tenth Circuit.

Oct. 25, 1930.

See, also, 37 F.(2d) 862.

R. W. Stoutz, of Tulsa, Okl., and Ed. W. Clark, of Pawnee, Okl., for petitioner.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Peremptory writ of mandamus issued October 25, 1930.

**G. E. SUDDICK, County Treasurer, etc., Appellant, v. FIRST NATIONAL BANK OF MISSOURI VALLEY, IOWA.**

No. 9057.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1930.

P. E. Roadifer and R. E. Havens, both of Logan, Iowa, for appellant.

C. W. Kellogg, of Missouri Valley, Iowa, and Addison G. Kistle, of Council Buffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee under Rule 16.

**G. E. SUDDICK, County Treasurer, etc., Appellant, v. VALLEY SAVINGS BANK OF MISSOURI VALLEY, IOWA.**

No. 9056.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1930.

P. E. Roadifer and R. E. Havens, both of Logan, Iowa, for appellant.

George S. Wright and Addison G. Kistle, both of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee under Rule 16.